

FEB 15 2019

Clerk, U S District Court
District of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| THOMAS R. MASTERSON, | |
|---|---|
| Plaintiff, | No. CV 18-76-BU-SEH |
| vs. | **ORDER** |
| KYLE LANIER, an individual, and SWAN RANGE LOG HOMES, LLC, an Idaho limited liability company, | |
| Defendants. | |

On January 9, 2019, the Court ordered each party to file a preliminary pretrial statement on or before February 15, 2019, addressing, with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1).[1] Both preliminary pretrial statements filed February 14, 2019, fail to comply with the January 9, 2019, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statements

---

[1] Doc. 6.

addressing and correcting deficiencies in the statements as submitted shall be filed and served on or before February 19, 2019.

DATED this 15th day of February, 2019.

SAM E. HADDON
United States District Judge