IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| THOMAS R. MASTERSON,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE LANIER, an individual, and SWAN RANGE LOG HOMES, LLC, an Idaho limited liability company,<br><br>Defendants. | No. CV 18-76-BU-SEH<br><br>ORDER |

Defendants' Unopposed Motion to Allow Alternate Counsel to Attend Preliminary Pretrial Conference[1] is GRANTED. Defendants may be represented by Brad J. Brown, Esq. at the preliminary pretrial conference set for February 27, 2019.

DATED this 26th day of February, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 14.