# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION



Clerk, ... ...Court
District ... ...ntana
...lena

| | |
|---|---|
| THOMAS R. MASTERSON,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE LANIER, an individual, and<br>SWAN RANGE LOG HOMES, LLC,<br>an Idaho limited liability company,<br><br>Defendants. | No. CV 18-76-BU-SEH<br><br><br>**ORDER** |

On October 29, 2019, Plaintiff filed Plaintiff's Motion to Renew Judgment.[1]

On November 14, 2019, the parties filed Notice of Stipulation to Renew

Judgment.[2]

ORDERED:

1.     Plaintiff's Judgment previously registered in this Court under cause

No. 2:09-mc-00001-CSO is renewed pursuant to Mont. Code Ann. § 27-2-201(1)

for a period of ten years from the date of this Order.

---

[1] Doc. 19.

[2] Doc. 22.

2.     Judgment is entered against Defendants Swan Range Log Homes, LLC and Kyle Lanier, jointly and severally, in the principal sum of $600,000, together with interest pursuant to 28 U.S.C. § 1962(a).

FURTHER ORDERED:

The hearing set for 10:00 a.m. on November 20, 2019, is VACATED.

DATED this 14th day of November, 2019.

SAM E. HADDON
United States District Judge