
NOV 14 2019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| THOMAS R. MASTERSON,<br><br>                  Plaintiff,<br><br>vs.<br><br>KYLE LANIER, an individual, and<br>SWAN RANGE LOG HOMES, LLC,<br>an Idaho limited liability company,<br><br>                  Defendants. | No. CV 18-76-BU-SEH<br><br>JUDGMENT |

Upon Plaintiff's Motion to Renew Judgment,[1] and the parties' Notice of Stipulation to Renew Judgment,[2] the Court hereby enters the following Judgment:

1. Plaintiff's Judgment previously registered in this Court under cause No. 2:09-mc-00001-CSO is renewed pursuant to Mont. Code Ann. § 27-2-201(1) for a period of ten years from the date of this Judgment.

---

[1] Doc. 19.

[2] Doc. 22.

2. Judgment is entered against Defendants Swan Range Log Homes, LLC and Kyle Lanier, jointly and severally, in the principal sum of $600,000, together with interest pursuant to 28 U.S.C. § 1962(a).

DATED this 14th day of November, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge